H. A. FORMAN, Appellant, v. GEORGE W. DAVIS.

**Division One, June 14, 1910.**

Appeal from St. Louis City Circuit Court.—*Hon. Chas. Claflin Allen,* Judge.

AFFIRMED.

VALLIANT, J.—The facts in this case are the same as those in the case of George W. Davis v. H. A. Forman et al., just decided, and reported at page 27 of this Report. For the reasons stated in the opinion in that case the judgment in this case is affirmed. All concur.